ATTORNEY GRIEVANCE COMMISSION      \*     IN THE
OF MARYLAND
                                  COURT OF APPEALS

        Petitioner              \*     OF MARYLAND

v.                               \*     Misc. Docket AG

KIM YVETTE JOHNSON               \*     No. <u>25</u>

        Respondent           \*     September Term, 2019

## <u>ORDER</u>

UPON CONSIDERATION of the Joint Petition for Disbarment by Consent and Supplement to the Joint Petition for Disbarment by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Kim Yvette Johnson, pursuant to Maryland Rule 19-736, in which the Respondent admits that she violated Rules 1.15 and 8.4(c) and (d) of the Maryland Attorneys' Rules of Professional Conduct, it is this <u>4th</u> day of <u>October</u>, 2019;

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Kim Yvette Johnson, be, and she hereby is, disbarred from the practice of law in the State of Maryland, effective immediately, and it is further

ORDERED, that, the Clerk of this Court shall remove the name of Kim Yvette Johnson from the register of attorneys in this Court, notify the Respondent in accordance with Maryland Rule 19-742(a)(1), and comply with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk